Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ted C Alcorn** | : | Case No. 13−70623−JAD |
| **Danielle L Alcorn** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Federal National Mortgage Association | : | |
| *Movant,* | : | Related to Claim No. 4 |
| | : | |
| v. | : | |
| Ted C Alcorn | : | |
| Danielle L Alcorn | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

     **AND NOW**, this **24th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Federal National Mortgage Association* at Claim No. 4 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

     Jeffery A. Deller
     United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 13-70623-JAD
Ted C Alcorn                                                         Chapter 13
Danielle L Alcorn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1              Date Rcvd: Jan 24, 2017
                              Form ID: 237            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db/jdb         +Ted C Alcorn,    Danielle L Alcorn,    307 Sioux Street,    Johnstown, PA 15904-2325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
           jeniece@mvrlaw.com,    bonnie@mvrlaw.com
          Kenneth P. Seitz    on behalf of Debtor Ted C Alcorn thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Danielle L Alcorn thedebterasers@aol.com
          Keri P. Ebeck    on behalf of Creditor    Citizens Auto Finance kebeck@weltman.com,
           jbluemle@weltman.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8