# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| TED C ALCORN | Case No. 13-70623JAD |
| DANIELLE L ALCORN | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| CITIZENS AUTO FINANCE(*) | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUNDS RETURNED WITHOUT EXPLANATION

CITIZENS AUTO FINANCE(*)　　　　　　Court claim# 1/Trustee CID# 3
1 CITIZENS DR
MAILSTOP ROP15B
RIVERSIDE, PA 02915

The Movant further certifies that on 09/26/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:　debtor(s)
　　　original creditor
　　　putative creditor
　　　counsel for debtor(s)
　　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>TED C ALCORN, DANIELLE L ALCORN, 307 SIOUX STREET, JOHNSTOWN, PA  15904 | DEBTOR'S COUNSEL:<br>KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658 |
| :<br>RBS CITIZENS NA(*), ATTN MORTGAGE PAYMENT PROCESSING*, 10561 TELEGRAPH RD, GLEN ALLEN, VA  23059<br><br>NEW CREDITOR: | ORIGINAL CREDITOR:<br>CITIZENS AUTO FINANCE(*), 1 CITIZENS DR, MAILSTOP ROP15B, RIVERSIDE, PA  02915 |