# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TED C ALCORN
DANIELLE L ALCORN

Case No. 13-70623JAD

Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant
vs.

Document No __

YAMAHA/GEMB

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to SYNCHRONY BANK. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

YAMAHA/GEMB
PO BOX 6153
RAPID CITY, SD 57709

Court claim# /Trustee CID# 2

The Movant further certifies that on 07/24/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
TED C ALCORN, DANIELLE L
ALCORN, 307 SIOUX STREET,
JOHNSTOWN, PA  15904

ORIGINAL CREDITOR:
YAMAHA/GEMB, PO BOX 6153,
RAPID CITY, SD  57709

NEW CREDITOR:
SYNCHRONY BANK

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW
OFFICES OF KENNY P SEITZ, POB
211, LIGONIER, PA  15658

:
SYNCHRONY BANK, ATTN
BANKRUPTCY DEPT, PO BOX 530912,
ATLANTA, GA  30353-0912