**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TED C ALCORN<br>DANIELLE L ALCORN | Case No. 13-70623JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs. | Document No __ |
| GE CAPITAL RETAIL BANK++ | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor's mailing address is defunct according to the Postal Service. No change of address has been received. The Trustee believes this account is now collected by a new servicer. No transfer of claim has been filed.

GE CAPITAL RETAIL BANK++　　　　　　　Court claim# 11/Trustee CID# 28
C/O RECOVERY MANAGEMENT SYSTEMS
CORP
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

The Movant further certifies that on 07/24/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>TED C ALCORN, DANIELLE L ALCORN, 307 SIOUX STREET, JOHNSTOWN, PA  15904 | DEBTOR'S COUNSEL:<br>KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658 |
|---|---|
| ORIGINAL CREDITOR:<br>GE CAPITAL RETAIL BANK++, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL  33131-1605 | :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |
| NEW CREDITOR: | |