## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TED C ALCORN

DANIELLE L ALCORN

Case No. 13-70623JAD

                    Debtor(s)

RONDA J. WINNECOUR,

Standing Chapter 13 Trustee,

Chapter 13

                    Movant

          vs.

GE CAPITAL RETAIL BANK++

Document No __

                    Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor's mailing address is defunct according to the Postal Service. No change of address has been received. The Trustee believes this account is now collected by a new servicer. No transfer of claim has been filed.

GE CAPITAL RETAIL BANK++

C/O RECOVERY MANAGEMENT SYSTEMS
CORP

25 SE 2ND AVE STE 1120

MIAMI, FL 33131-1605

Court claim# 10/Trustee CID# 29

The Movant further certifies that on 07/24/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)

     original creditor

     putative creditor

     counsel for debtor(s)

     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399

CHAPTER 13 TRUSTEE WD PA

600 GRANT STREET

SUITE 3250 US STEEL TWR

PITTSBURGH, PA  15219

(412) 471-5566

cmecf@chapter13trusteewdpa.com

DEBTOR(S):

TED C ALCORN, DANIELLE L
ALCORN, 307 SIOUX STREET,
JOHNSTOWN, PA  15904

DEBTOR'S COUNSEL:

KENNETH P SEITZ ESQ, LAW
OFFICES OF KENNY P SEITZ, POB
211, LIGONIER, PA  15658

ORIGINAL CREDITOR:

GE CAPITAL RETAIL BANK++, C/O
RECOVERY MANAGEMENT SYSTEMS
CORP, 25 SE 2ND AVE STE 1120,
MIAMI, FL  33131-1605

:

PRA RECEIVABLES MANAGEMENT
LLC, ATTN BANKRUPTCY DEPT, 5425
ROBIN HOOD RD STE 201,
NORFOLK, VA  23513

NEW CREDITOR: