**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/24/2018

IN RE:

TED C ALCORN
DANIELLE L ALCORN
307 SIOUX STREET
JOHNSTOWN, PA 15904
XXX-XX-5230       Debtor(s)

XXX-XX-1234

Case No. 13-70623 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/24/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSN** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O SETERUS INC* | Court Claim Number:4 | ACCOUNT NO.:  2961 |
| PO BOX 1047 | | |
| | CLAIM:  0.00 | |
| HARTFORD, CT  06143-1047 | COMMENT:  PMT/DECL*DKT4PMT-LMT*FR JPMORGAN CHASE-DOC 38*BGN 9/13 | |
| | | |
| **YAMAHA/GEMB** | Trustee Claim Number:2   INT %:  6.00% | CRED DESC:  VEHICLE |
| PO BOX 6153 | Court Claim Number: | ACCOUNT NO.:  3642 |
| | CLAIM:  4,476.00 | |
| RAPID CITY, SD  57709 | COMMENT:  $@6%MDF/PL*NTC-RSV*DKT | |
| | | |
| **CITIZENS AUTO FINANCE(*)** | Trustee Claim Number:3   INT %:  4.99% | CRED DESC:  VEHICLE |
| 1 CITIZENS DR | Court Claim Number:1 | ACCOUNT NO.:  0256 |
| MAILSTOP ROP15B | | |
| | CLAIM:  19,005.85 | |
| RIVERSIDE, PA  02915 | COMMENT:  19006@4.99%MDF/PL*$ RTND*NTC-RSV | |
| | | |
| **CAMBRIA SOMERSET RADIOLOGY** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 239 MAIN ST STE 400 | Court Claim Number: | ACCOUNT NO.:  3032 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15901 | COMMENT: | |
| | | |
| **CAMBRIA SOMERSET RADIOLOGY** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 239 MAIN ST STE 400 | Court Claim Number: | ACCOUNT NO.:  1116 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15901 | COMMENT: | |
| | | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:6 | ACCOUNT NO.:  3181 |
| | CLAIM:  1,607.33 | |
| NORFOLK, VA  23541 | COMMENT:  BOSCOVS*FR CAPITAL ONE-DOC 35 | |
| | | |
| **CAPITAL ONE(*)** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  5368 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT:  BOSCOVS/SCH | |
| | | |
| **ALTAIR OH XIII LLC** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN AND RILEY PS | Court Claim Number:3 | ACCOUNT NO.:  7003 |
| PO BOX 3978 | | |
| | CLAIM:  7,542.75 | |
| SEATTLE, WA  98124-3978 | COMMENT:  CAPITAL ONE | |
| | | |
| **CBCS++** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 69 | Court Claim Number: | ACCOUNT NO.:  7630 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216 | COMMENT:  NT ADR~CAMBRIA SOMERSET RDLGY/SCH | |
| | | |
| **CONEMAUGH HEALTH INIT** | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1086 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.:  9739 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15905 | COMMENT:  NT ADR/SCH | |

| Creditor | Address | Trustee Claim Number | Court Claim Number | Claim | Comment | CRED DESC | Account No. |
|---|---|---|---|---|---|---|---|
| **CONEMAUGH HEALTH INIT** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905 | 11 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 9739 |
| **CONEMAUGH MEMORIAL MED CNTR** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905-4398 | 12 | | 0.00 | | UNSECURED CREDITOR | 3121 |
| **CONEMAUGH MEMORIAL MED CNTR** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905-4398 | 13 | | 0.00 | | UNSECURED CREDITOR | 8187 |
| **CONEMAUGH MEMORIAL MED CNTR** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905-4398 | 14 | | 0.00 | | UNSECURED CREDITOR | 4723 |
| **CONEMAUGH MEMORIAL MED CNTR** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905-4398 | 15 | | 0.00 | | UNSECURED CREDITOR | 3193 |
| **CONEMAUGH MEMORIAL MED CNTR** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905-4398 | 16 | | 0.00 | | UNSECURED CREDITOR | 8247 |
| **CONEMAUGH MEMORIAL MED CNTR** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905-4398 | 17 | | 0.00 | | UNSECURED CREDITOR | 1111 |
| **CONEMAUGH MEMORIAL MED CNTR** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905-4398 | 18 | | 0.00 | | UNSECURED CREDITOR | 6908 |
| **CONEMAUGH MEMORIAL MED CNTR** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905-4398 | 19 | | 0.00 | | UNSECURED CREDITOR | 9681 |
| **CONEMAUGH MEMORIAL MED CNTR** | 1086 FRANKLIN ST, JOHNSTOWN, PA 15905-4398 | 20 | | 0.00 | | UNSECURED CREDITOR | 8187 |

INT %: 0.00% for all entries.

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4365 | CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL/SCH |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2900 | CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL/SCH |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2794 | CLAIM: 0.00<br>COMMENT: CONEMAUGH PHYSCN GRP/SCH |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7538 | CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDCL CNTR/SCH |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5532 | CLAIM: 10,720.39<br>COMMENT: |
| **GOODYEAR/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6638 | CLAIM: 0.00<br>COMMENT: |
| **GE CAPITAL RETAIL BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9309 | CLAIM: 654.71<br>COMMENT: GEMB AE VISA*NTC-RSV |
| **GE CAPITAL RETAIL BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0766 | CLAIM: 10,737.29<br>COMMENT: GEMB LOWES*NTC-RSV |
| **GE CAPITAL RETAIL BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0502 | CLAIM: 276.12<br>COMMENT: GEMB TJX CC*NTC-RSV |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0777 | CLAIM: 327.75<br>COMMENT: JCPENNEY/GE CAP RB |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LAUREL GROUP ANESTHESIA PC**<br>1086 FRANKLIN ST STE M4000<br>JOHNSTOWN, PA 15905 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3107 |
| **LAUREL HIGHLANDS ADVANCED IM**<br>239 MAIN ST STE 400<br>JOHNSTOWN, PA 15901 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1116 |
| **LITHOLINK CORP**<br>2250 W CAMPBELL PARK DR<br>CHICAGO, IL 60612 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8721 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:5 | CLAIM: 1,362.55<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5353 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:9 | CLAIM: 470.28<br>COMMENT: 0001/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5260 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:8 | CLAIM: 207.69<br>COMMENT: 0001/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4808 |
| **S GOLDBLATT PATHOLOGY**<br>POB 49<br>PITTSBURGH, PA 15230 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2310 |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1082 |
| **WESTERN PA ORTHOPEDICS &**<br>SPORTS MEDICINE INC<br>2 CELESTE DRIVE<br>JOHNSTOWN, PA 15905 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3366 |
| **WPA SPORTS MEDICINE**<br>927 MENOHER DR<br>JOHNSTOWN, PA 15905 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1002 |

| CLAIM RECORDS | | |
|---|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSN** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O SETERUS INC* | Court Claim Number:4 | ACCOUNT NO.: 2961 |
| PO BOX 1047 | | |
| | CLAIM: 2,137.32 | |
| HARTFORD, CT  06143-1047 | COMMENT: 2138@CHASE HOME FNC*FR JPMORGAN CHASE-DOC 38*THRU 8-13 | |
| | | |
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:42  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: JPMORGAN CHASE/PRAE | |