**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  TED C ALCORN<br>DANIELLE L ALCORN<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>TED C ALCORN<br>DANIELLE L ALCORN<br><br>      Respondents | Bankruptcy No.13-70623-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 75 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this <u>30th</u> day of <u>August</u>, 2018, it is hereby ORDERED, ADJUGED and DECREED that,

                Giant Eagle
                Attn: Payroll Manager
                101 Kappa Dr
                Pittsburgh,PA 15238-

is hereby ordered to immediately terminate the attachment of the wages of TED C ALCORN, social security number XXX-XX-5230. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TED C ALCORN.

                                                _____
                                                JEFFERY A. DELLER
                                                UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
8/30/18 8:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-70623-JAD
Ted C Alcorn                                                          Chapter 13
Danielle L Alcorn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: msch              Page 1 of 1           Date Rcvd: Aug 30, 2018
                               Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
db/jdb         +Ted C Alcorn,    Danielle L Alcorn,    307 Sioux Street,    Johnstown, PA 15904-2325
intp           +Giant Eagle, Inc.,    Attn: Payroll Department,    101 Kappa Drive,    Pittsburgh, PA 15238-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Citizens Auto Finance jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Kenneth P. Seitz    on behalf of Debtor Ted C Alcorn thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Danielle L Alcorn thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9