SCAN FORM AND ATTACHMENTS

**FILED**
**2018 OCT 11 PM 3:34**
**U.S. BANKRUPTCY COURT**
**PITTSBURGH**

## RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. *Intake Clerk* *

      2. *Case Administrator*

UC

FROM:   *Financial Administrator*

DATE: __10/11/18__

CASE NAME: __Ted C. & Danielle L. Alcorn__

CASE NUMBER: __13-70623-JAD__

---

Check Number __1092594__ in the amount of $ __2,843.83__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __14696__      Intake Clerk's Initials __C__

---

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

10/09/2018

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
PIttsburgh, PA  15219

OR

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA  16501

Re: TED C ALCORN
DANIELLE L ALCORN
Case No: 13-70623JAD

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Yamaha/Gemb
Po Box 6153
Rapid City, SD 57709

CHECK NUMBER 1092594      AMOUNT $2843.83

The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: KENNETH P SEITZ ESQ
TED C ALCORN
DANIELLE L ALCORN
Yamaha/Gemb