SCAN FORM AND ATTACHMENTS

**FILED**
**2018 OCT 11 PM 3:34**
**U.S. BANKRUPTCY COURT**
**PITTSBURGH**

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO: 1. *Intake Clerk* *

2. *Case Administrator*

UC

FROM: *Financial Administrator*

DATE: 10/11/18

CASE NAME: Ted C. & Danielle L. Alcorn

CASE NUMBER: 13-70623-JAD

Check Number 1092596 in the amount of $ 118.07 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 14699         Intake Clerk's Initials C—

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
10/09/2018

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: TED C ALCORN
DANIELLE L ALCORN
Case No: 13-70623JAD

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Ge Capital Retail Bank++
C/O Recovery Management Systems Corp
25 Se 2Nd Ave Ste 1120
Miami, FL 33131-1605

CHECK NUMBER 1092596     AMOUNT $118.07

The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: KENNETH P SEITZ ESQ
TED C ALCORN
DANIELLE L ALCORN
Ge Capital Retail Bank++