# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 13-70623-JAD** |
| Ted C. Alcorn and | : | |
| Danielle L. Alcorn, | : | **Chapter 13** |
| Debtor | : | |
| | : | **Docket No. 87** |
| Ted C. Alcorn and | : | |
| Danielle L. Alcorn, | : | |
| Movant | : | |
| v. | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 22, 2018, at docket number 85 and docket number 86, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form. This Certification is being signed under penalty of perjury by Kenneth P. Seitz, Esquire that he duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 22, 2018          By:     Kenneth P. Seitz, Esquire
                                          Signature
                                          Kenneth P. Seitz, Esquire
                                          Name of Filer - Typed
                                          P.O. Box 211, Ligonier, PA 15658
                                          Address of Filer
                                          TheDebtErasers@aol.com
                                          Email Address of Filer
                                          (814) 536-7470
                                          Phone Number of Filer
                                          81666 Pennsylvania
                                          Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**