**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ted C Alcorn**
**Danielle L Alcorn**
Debtor(s)

Bankruptcy Case No.: 13−70623−JAD
Doc. No. 88
Chapter: 13
Docket No.: 89 − 88

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of October, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/30/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/14/18 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/30/18.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                     Case No. 13-70623-JAD
Ted C Alcorn                                                               Chapter 13
Danielle L Alcorn
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-7            User: msch                  Page 1 of 2                  Date Rcvd: Oct 30, 2018
                                Form ID: 408                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db/jdb        +Ted C Alcorn,    Danielle L Alcorn,    307 Sioux Street,    Johnstown, PA 15904-2325
cr            +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                51 East Bethpage Road,    Plainview, NY 11803-4224
intp          +Giant Eagle, Inc.,    Attn: Payroll Department,    101 Kappa Drive,    Pittsburgh, PA 15238-2833
13763368      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13703063      +CBCS,   P.O. Box 163006,    Columbus, OH 43216-3006
13703060      +Cambria Somerset Radiology,    239 Main Street,    Suite 400,   Johnstown, PA 15901-1640
13703064      +Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13707806      +Citizens Auto Finance,    443 Jefferson Blvd,    RJW135,   Warwick RI 02886-1321
13703065      +Conemaugh Emerg Phys Group,    P.O. Box 644553,    Pittsburgh, PA 15264-4553
13703066      +Conemaugh Health Initiatives,    P.O. Box 644633,    Pittsburgh, PA 15264-4633
13703067      +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,    1086 Franklin Street,
                Johnstown, PA 15905-4305
13703072      +Gdyr/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13752149      +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13703078      +Laurel Group Anesthesia PC,    1086 Franklin Street,    Suite M4000,   Johnstown, PA 15905-4305
13703079      +Laurel Highlands Advanced Imaging,    239 Main Street,    Suite 400,   Johnstown, PA 15901-1640
13703080      +Litholink Corporation,    2250 West Campbell Park Drive,    Chicago, IL 60612-3502
13703081      +Peoples Natural Gas Company,    Attn: Andrew Weisner,    375 North Shore Dr., Suite 600,
                Pittsburgh, PA 15212-5866
13703082      +RBS Citizens, N.A.,    P.O. Box 42113,   Providence, RI 02940-2113
13703083     #+S&T Bank,    PO Box D 456 Main St.,    Brockway, PA 15824-0504
13703084      +S. Goldblatt Pathology,    P.O. Box 49,   Pittsburgh, PA 15230-0049
13703085      +Sears/Cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
13703086      +Western PA Orthopedic & Sports Medicine,     2 Celeste Drive,   Johnstown, PA 15905-2832
13703087      +Western PA Sports Medicine,    927 Menoher Blvd.,    Johnstown, PA 15905-2899

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:03:16
                PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
13747894       +E-mail/Text: bncmail@w-legal.com Oct 31 2018 02:54:26     ALTAIR OH XIII, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13703061       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2018 03:02:15      Cap1/Boscv,
                26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13703062       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2018 03:01:25
                Capital One Bank, N.A.,    P.O. Box 71083,   Charlotte, NC 28272-1083
13703069       +E-mail/Text: abovay@creditmanagementcompany.com Oct 31 2018 02:54:42      Credit Management Co,
                2121 Noblestown Road,    Pittsburg, PA 15205-3956
13703068       +E-mail/Text: abovay@creditmanagementcompany.com Oct 31 2018 02:54:42      Credit Management Co,
                2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13709943        E-mail/Text: mrdiscen@discover.com Oct 31 2018 02:53:26     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13703071       +E-mail/Text: mrdiscen@discover.com Oct 31 2018 02:53:26     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13775303        E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:01:22     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13703073       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:02:12     Gecrb/Amer Eagle Dc,
                Po Box 965005,    Orlando, FL 32896-5005
13703074       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:03:08     Gecrb/Lowes Dc,   Po Box 965005,
                Orlando, FL 32896-5005
13703075       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:02:12     Gecrb/Tjx Cos,   Po Box 965005,
                Orlando, FL 32896-5005
13703076       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:03:08     Gecrb/Yamaha,
                C/O 900 Concourse Dr,    Rapid City, SD 57703-4762
13703077       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:01:22     JC Penney,   P.O. Box 960090,
                Orlando, FL 32896-0090
13767769        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:02:21
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13869325        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:02:19
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citizens Auto Finance
cr              JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              Seterus, Inc., as the authorized subservicer for F
```

```
District/off: 0315-7          User: msch              Page 2 of 2          Date Rcvd: Oct 30, 2018
                              Form ID: 408            Total Noticed: 39

13703070*      +Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13925965      ##Federal National Mortgage Association,   PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                       TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James  Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Citizens Auto Finance jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Kenneth P. Seitz    on behalf of Joint Debtor Danielle L Alcorn thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Ted C Alcorn thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9