**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TED C ALCORN<br>DANIELLE L ALCORN<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:13-70623 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 29, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/28/2013 and confirmed on 10/29/13. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,637.40 |
| Less Refunds to Debtor | 1,156.33 | |
| TOTAL AMOUNT OF PLAN FUND | | 121,481.07 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,210.00 | |
|    Trustee Fee | 4,846.02 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,056.02 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 70,134.76 | 0.00 | 70,134.76 |
|     Acct: 2961 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 2,137.32 | 2,137.32 | 0.00 | 2,137.32 |
|     Acct: 2961 | | | | |
|   YAMAHA/GEMB | 2,044.73 | 2,044.73 | 550.41 | 2,595.14 |
|     Acct: 3642 | | | | |
|   CITIZENS AUTO FINANCE(*) | 17,191.70 | 17,191.70 | 2,101.95 | 19,293.65 |
|     Acct: 0256 | | | | |
| | | | | 94,160.87 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 3,210.00 | 3,210.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TED C ALCORN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TED C ALCORN | 473.77 | 473.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TED C ALCORN | 682.56 | 682.56 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 2,843.83 | 2,843.83 | 0.00 | 2,843.83 |
|     Acct: XXXXXXGEMB | | | | |
|   CLERK, U S BANKRUPTCY COURT | 1,921.59 | 1,921.59 | 0.00 | 1,921.59 |
|     Acct: XXXXXXXXXXXXXXXANCE | | | | |
|   CLERK, U S BANKRUPTCY COURT | 118.07 | 118.07 | 0.00 | 118.07 |
|     Acct: XXXXXXXXXXXXXXXBANK | | | | |
|   CLERK, U S BANKRUPTCY COURT | 4,591.37 | 4,591.37 | 0.00 | 4,591.37 |
|     Acct: XXXXXXXXXXXXXXXBANK | | | | |
|   CLERK, U S BANKRUPTCY COURT | 279.96 | 279.96 | 0.00 | 279.96 |
|     Acct: XXXXXXXXXXXXXXXBANK | | | | |
| | | | | 9,754.82 |
| **Unsecured** | | | | |
|   CAMBRIA SOMERSET RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3032 | | | | |
| CAMBRIA SOMERSET RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1116 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,607.33 | 687.30 | 0.00 | 687.30 |
| Acct: 3181 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5368 | | | | |
| ALTAIR OH XIII LLC | 7,542.75 | 3,225.30 | 0.00 | 3,225.30 |
| Acct: 7003 | | | | |
| CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7630 | | | | |
| CONEMAUGH HEALTH INIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9739 | | | | |
| CONEMAUGH HEALTH INIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9739 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3121 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8187 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4723 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3193 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8247 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1111 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6908 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9681 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8187 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4365 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2900 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2794 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7538 | | | | |
| DISCOVER BANK(*) | 10,720.39 | 4,584.07 | 0.00 | 4,584.07 |
| Acct: 5532 | | | | |
| GOODYEAR/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6638 | | | | |
| GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9309 | | | | |
| GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0766 | | | | |
| GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0502 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 327.75 | 140.15 | 0.00 | 140.15 |
| Acct: 0777 | | | | |
| LAUREL GROUP ANESTHESIA PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3107 | | | | |
| LAUREL HIGHLANDS ADVANCED IM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1116 | | | | |
| LITHOLINK CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8721 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,362.55 | 582.63 | 0.00 | 582.63 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5353 | | | | |
| S & T BANK(*) | 470.28 | 201.10 | 0.00 | 201.10 |
| Acct: 5260 | | | | |
| S & T BANK(*) | 207.69 | 88.81 | 0.00 | 88.81 |
| Acct: 4808 | | | | |
| S GOLDBLATT PATHOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2310 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1082 | | | | |
| WESTERN PA ORTHOPEDICS & | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3366 | | | | |
| WPA SPORTS MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1002 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,509.36 |

| TOTAL PAID TO CREDITORS | | | | 113,425.05 |
|---|---|---|---|---:|

TOTAL
CLAIMED        9,754.82
PRIORITY      21,373.75
SECURED       22,238.74

Date: 10/29/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TED C ALCORN
    DANIELLE L ALCORN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-70623 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                 Case No. 13-70623-JAD
Ted C Alcorn                                                           Chapter 13
Danielle L Alcorn
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0315-7           User: msch                   Page 1 of 2              Date Rcvd: Oct 30, 2018
                               Form ID: pdf900              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db/jdb         +Ted C Alcorn,    Danielle L Alcorn,    307 Sioux Street,    Johnstown, PA 15904-2325
cr             +Federal National Mortgage Association,     c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
intp           +Giant Eagle, Inc.,    Attn: Payroll Department,     101 Kappa Drive,    Pittsburgh, PA 15238-2833
13763368       +CAPITAL ONE, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
13703063       +CBCS,    P.O. Box 163006,   Columbus, OH 43216-3006
13703060       +Cambria Somerset Radiology,    239 Main Street,     Suite 400,    Johnstown, PA 15901-1640
13703064       +Chase Home Mortgage,    P.O. Box 78420,   Phoenix, AZ 85062-8420
13707806       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW135,   Warwick RI 02886-1321
13703065       +Conemaugh Emerg Phys Group,    P.O. Box 644553,    Pittsburgh, PA 15264-4553
13703066       +Conemaugh Health Initiatives,    P.O. Box 644633,    Pittsburgh, PA 15264-4633
13703067       +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,     1086 Franklin Street,
                 Johnstown, PA 15905-4305
13703072       +Gdyr/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
13752149       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13703078       +Laurel Group Anesthesia PC,    1086 Franklin Street,    Suite M4000,    Johnstown, PA 15905-4305
13703079       +Laurel Highlands Advanced Imaging,    239 Main Street,    Suite 400,    Johnstown, PA 15901-1640
13703080       +Litholink Corporation,    2250 West Campbell Park Drive,     Chicago, IL 60612-3502
13703081       +Peoples Natural Gas Company,    Attn: Andrew Weisner,     375 North Shore Dr., Suite 600,
                 Pittsburgh, PA 15212-5866
13703082       +RBS Citizens, N.A.,    P.O. Box 42113,   Providence, RI 02940-2113
13703083      #+S&T Bank,    PO Box D 456 Main St.,   Brockway, PA 15824-0504
13703084       +S. Goldblatt Pathology,    P.O. Box 49,   Pittsburgh, PA 15230-0049
13703085       +Sears/Cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
13703086       +Western PA Orthopedic & Sports Medicine,    2 Celeste Drive,     Johnstown, PA 15905-2832
13703087       +Western PA Sports Medicine,    927 Menoher Blvd.,    Johnstown, PA 15905-2899

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:14:27
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13747894        +E-mail/Text: bncmail@w-legal.com Oct 31 2018 02:54:26       ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13703061        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2018 03:02:14        Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13703062        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2018 03:01:24
                 Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
13703069        +E-mail/Text: abovay@creditmanagementcompany.com Oct 31 2018 02:54:42        Credit Management Co,
                 2121 Noblestown Road,    Pittsburg, PA 15205-3956
13703068        +E-mail/Text: abovay@creditmanagementcompany.com Oct 31 2018 02:54:42        Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13709943         E-mail/Text: mrdiscen@discover.com Oct 31 2018 02:53:26       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13703071        +E-mail/Text: mrdiscen@discover.com Oct 31 2018 02:53:26       Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13775303         E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:02:10        GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13703073        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:02:10        Gecrb/Amer Eagle Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
13703074        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:02:10        Gecrb/Lowes Dc,     Po Box 965005,
                 Orlando, FL 32896-5005
13703075        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:01:21        Gecrb/Tjx Cos,     Po Box 965005,
                 Orlando, FL 32896-5005
13703076        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:03:06        Gecrb/Yamaha,
                 C/O 900 Concourse Dr,    Rapid City, SD 57703-4762
13703077        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:01:21        JC Penney,    P.O. Box 960090,
                 Orlando, FL 32896-0090
13767769         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:03:15
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13869325         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:14:27
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Citizens Auto Finance
cr               JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
cr               Seterus, Inc., as the authorized subservicer for F
```

```
District/off: 0315-7           User: msch                  Page 2 of 2                   Date Rcvd: Oct 30, 2018
                               Form ID: pdf900             Total Noticed: 39

13703070*      +Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13925965      ##Federal National Mortgage Association,   PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                                            TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James  Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Citizens Auto Finance jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Kenneth P. Seitz    on behalf of Joint Debtor Danielle L Alcorn thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Ted C Alcorn thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```